# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

    v.                                    No. **CR 12-50042-001-TUC-JGZ(BPV)**

**Jose Gilberto Ramirez**

USM#: 27807-298  
ICE#: A087778216

**JUDGMENT AND COMMITMENT**  
**REVOCATION OF SUPERVISED RELEASE**

Richard B. Bacal, (CJA)  
Attorney for Defendant

On 9/6/2011 the defendant, present with counsel, appeared for sentencing for violating, Title 8, U.S.C. §1326 Deported Alien found in the United States, a Felony offense, as charged in the Information filed in the Southern District of California.

> The defendant was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **ONE (1) YEAR** of supervised release to follow.

On 2/21/2012 the United States Probation Office filed a petition to revoke the term of supervised release.

On 3/16/2012 the defendant appeared with counsel and admitted the allegation(s) as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 9/6/2011 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS**, with no term of supervised release to follow. Disposition imposed shall run consecutive to the sentence imposed in **CR-11-04082-TUC-JGZ(BPV).**

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The Court orders commitment to the custody of the Bureau of Prisons and recommends and that the defendant be placed in an institution in California, near Modesto or Sacramento if possible.

The defendant previously waived the right to appeal.

<u>May 25, 2012</u>  
Date of Imposition of Sentence

    DATED this 29th day of May, 2012.

                                                           Jennifer G. Zipps  
                                                            United States District Judge